UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GLENN FEDERMAN,

           Plaintiff,

PLAINTIFF'S LETTER
MOTION REQUEST FOR THE
COURT TO STRIKE OR
DISMISS DEFENDANTS
DEFICIENT REPLY SUA
SPONTE
5:23-cv-1148(AMD-TWD)
Federman v. Wasilewski et al
Index No 2021-2391

      -against-

TOWN OF LORRAINE;
Highway Superintendent Joseph Wasilewski
Town Attorney David Geurtsen Esq
SOUTH JEFFERSON CENTRAL SCHOOL DISTRICT

Board of Education, School Superintendent Scott Slater,
Transportation Administrator Ms. Rebecca Dalrymple
Eric J. Soules 17495 Miller Rd Adams, NY 13605
Steven J. Overton 17621 Miller Rd Adams, NY 13605
Steven Eastman 7979 US Route 11 Adams, NY 13605
                      Defendants.

---

                                                                                            Glenn Federman
                                                                                           17254 Miller Rd
                                                                                           Adams, NY 13605
                                                                                           315 586-3382
                                                                           glennfederman@gmail.com

January 30, 2024
*(via upload provision on website United States District Court*
*for the Northern District of NY upload)*
United States District Court
Northern District of New York
P.O. Box 7367, 100 South Clinton St
Syracuse, NY 13261-7367

Case No. 5:23-cv-1148-AMN-TWD
Case Name: Federman v. Wasilewski et al

RE: 1/23/2024 TEXT NOTICE OF FILING DEFICIENCY as to Steven Eastman, Steven J. Overton, Eric J. Soules regarding the 48 Reply to Response to Motion, **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Other Deficiency - The correction(s) should be made within 3 days of this notice. Defense counsel for Steven Eastman, Steven J. Overton, Eric J. Soules, did not submit a proof of service that they served Pro Se Plaintiff with the 48 REPLY to Response to Motion. Notice of Filing Deficiency Deadline 1/26/2024 (ztc) (Entered: 01/23/2024)

Dear Honorable Judge Nardacci and Honorable Judge Lovric;

As a result of Defendant counsel for Steven Eastman, Steven J. Overton, Eric J. Soules, failure to meet the Filing Deficiency Deadline of 1/26/2024 to correct the deficiency, Plaintiff Pro Se respectfully submits a motion request for the Court to strike Defendants deficient reply to Plaintiff's response sua sponte with prejudice pursuant to Fed.R.Civ.P. 12(f) or dismiss Defendants deficient reply to Plaintiff's response sua sponte with prejudice pursuant to Rule 60 (b).

Sincerely,

*[signature]*

Glenn Federman Plaintiff Pro Se

Cc: *(via email and first class USPS mail to:)*
Michael Crowe, Chaim J. Jaffee, Charles C. Spagnoli, Fitzgerald Morris Baker Firth P.C. Michael Crowe, Esq. 68 Warren Street, P.O. Box 2017 Glens Falls, NY 12801; Chaim J. Jaffe, Scolaro Fetter Grizanti & McGough, P.C. 507 Plum Street, Suite 300 Syracuse, NY 13204; Charles C. Spagnoli, Esq. Ferrara Fiorenza PC 5010 Campuswood Drive East Syracuse, NY 13057
Cc: *(via U.S. District Court Northern District of New York portal upload to:)*
Honorable Judge Nardacci, Honorable Judge Lovric